**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v**

**LISA WEBB, also known as LISA BROWNFIELD,**

**Defendant.**

**No.** CR-06-16-WH

FILED
MAR 15 2006
William B. Guthrie
Clerk, U.S. District Court
By______________
Deputy Clerk

## INDICTMENT

The Federal Grand Jury charges:

**[29 U.S.C. § 501(c) -- Embezzlement]**

From on or about November 26, 2002, through on or about December 5, 2003, in the Eastern District of Oklahoma, and elsewhere, the defendant, **LISA WEBB** also known as **LISA BROWNFIELD**, while an officer, that is, Financial Secretary/Treasurer of Glass Molders Plastics Local 48, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $25,871.30.

**All in violation of Title 29, United States Code, Section 501(c)**

A TRUE BILL:

FOREMAN OF THE GRAND JURY

SHELDON J. SPERLING
United States Attorney

JEFFREY A. GALLANT
Assistant United States Attorney